## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **8:06CR271** |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **ROSA MARIA FLORES-TAPIA,** ) | |
| **SANDRA LUZ VILLANUEVA BARRIOS,** ) | |
| **CARMINA ARRELLANO RODRIGUEZ,** ) | |
| **RICARDO VILLA SOSA and** ) | |
| **MELECIO GARCIA RANGEL,** ) | |
| ) | |
| **Defendants.** ) | |

Defendant Rosa Maria Flores-Tapia's Motion to Continue (Filing No. 84) is granted.

**IT IS ORDERED** that the evidentiary hearing on all pending motions is continued to **February 6, 2007, at 9:00a.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, all defendants with pending motions must be present unless excused by the Court.

DATED this 29th day of December, 2006

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge